Arel PRICE, Petitioner,

v.

STEVEDORING SERVICES OF AMERICA, INC.; Eagle Pacific Insurance Company; Homeport Insurance Co.; Director, Office of Workers' Compensation Programs, Respondents.

No. 08–71719.

United States Court of Appeals, Ninth Circuit.

Aug. 1, 2011.

Charles Robinowitz, Portland, OR, for Petitioner.

Russell A. Metz, Metz & Associates P.S., Seattle, WA, for Respondents.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.